UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-22326-CIV-MORENO**

PAOLA MIRANDA, an individual,

    Plaintiff,

vs.

EDUARDO ANGEL PEREZ GUERRORO, an individual,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ENJOINING DEFENDANT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on the Plaintiff's Second Motion for Preliminary Injunction (**D.E. No. 28**), filed on **November 10, 2008**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 73**) on **May 5, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 73**) on **May 5, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Preliminary Injunction (**D.E. No. 38**) is GRANTED as follows. In order to maintain *status quo*, until trial and on the merits, Defendant Eduardo Angel Perez Guerrero should be enjoined from:

    (1)    Using any name or service mark which Plaintiff used, uses now or will use in the future, including Plaintiff's name or service mark "Paola Morena," or any colorable imitation thereof, in such a way that it is likely to cause confusion, or to cause mistake, or deceive people into believing that Plaintiff:

        (a)    Is the origin of Defendant's website,

    (b) Sponsored or approved of Defendant's website,

    (c) Approved the use of the unauthorized photographs.

(2) Registering, trafficking in or using the name "Paola Morena," or any colorable imitation thereof, as a domain name.

(3) Posting any material on the website located at www.paolamorena.com

(4) Registering any colorable imitation of Plaintiff's stage name "Paola Morena" as a domain name.

(5) Publishing, printing, displaying or otherwise publicly using Plaintiff's stage name and service mark "Paola Morena."

(6) Publishing, printing, displaying or otherwise publicly using any image or photograph of Plaintiff.

It is further ADJUDGED that Defendant SHALL file with the Court and serve on Plaintiff a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction by **June 15, 2009**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2009.

                _____
                FEDERICO A. MORENO
                UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record